UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     - against -                             25-CR-281 (BMC)

HOWARD RUBIN,
       also known as "Howie"
       and "H,"
JENNIFER POWERS and
STEPHEN POWERS,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>NOTICE OF APPEARANCE</u>

     PLEASE TAKE NOTICE that Assistant United States Attorney Nina C. Gupta

from this point forward will be added as counsel in the above-captioned matter.

     All future correspondence to the United States in the above-captioned matter

should be sent to:

     Assistant U.S. Attorney Nina C. Gupta
     United States Attorney's Office (Criminal Division)
     271-A Cadman Plaza East
     Brooklyn, New York 11201
     Tel:  (718) 254-6257
     Email: Nina.Gupta@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Nina C. Gupta at the email address set forth above.

Dated: Brooklyn, New York
March 16, 2026

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:     /s/ Nina C. Gupta
Nina C. Gupta
Assistant U.S. Attorney

cc:     Clerk of the Court (BMC)