Jolene F. LaVigne-Albert
Partner

212 612-0685
jlavignealbert@schlamstone.com



Schlam Stone
& Dolan LLP

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

March 20, 2026

**BY EMAIL AND ECF**

The Honorable Brian M. Cogan
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**    *U.S. v. Rubin et al.*, Case No.: 25-CR-00281 (BMC)

Dear Judge Cogan:

We are counsel to Defendant Jennifer Powers in the above-captioned action.  We write to seek the Court's permission for Ms. Powers to attend her oldest son's birthday dinner on March 25, 2026 at an Olive Garden near her residence.

Per her Conditions of Release (Dkt. 25), Ms. Powers is confined to home detention at her residence in Southlake, Texas. With permission from Pretrial Services, Ms. Powers has been permitted to leave her house for childcare-related responsibilities without issue.

Her oldest son is turning eleven years old this month.  Ms. Powers would like to attend a small birthday dinner for her son at the Olive Garden located at 301 W. State Hwy 114 in Grapevine, Texas – approximately five miles from her home.

The gathering would take place from 7:30PM to 9:30PM on March 25, 2026.  In attendance would be: Ms. Powers, her husband Mr. Powers, their three children, Ms. Powers' parents (who are the suretors on Ms. Powers' release bond) and possibly Ms. Powers' two grandparents.

The Government does not oppose this request.  Pretrial Services has no specific objections to this request but has indicated that it requires Court approval.


Respectfully submitted,

Jolene F. LaVigne-Albert

cc:      Clerk of Court (BMC) (via ECF and email)
         All Counsel of Record (via ECF and email)