Jolene F. LaVigne-Albert
Partner

jlavignealbert@schlamstone.com

Schlam Stone & Dolan LLP
26 Broadway, New York, NY 10004
Main: 212 344-5400 Fax: 212 344-7677
schlamstone.com

March 27, 2026

**BY EMAIL AND ECF**
The Honorable Brian M. Cogan
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *U.S. v. Rubin et al.*, Case No.: 25-CR-00281 (BMC)

Dear Judge Cogan:

We are counsel to Defendant Jennifer Powers in the above-captioned action. We write on behalf of all parties to respectfully request that the compliance conference scheduled for April 16, 2026 and the *Curcio* hearing scheduled for April 29, 2026 be rescheduled. The reason for the request to reschedule the April 16 conference is that the government is not available on that date. The reason for the request to reschedule the April 29 *Curcio* hearing is that Ms. Powers's counsel is not available on that date.[1]

We have consulted with the attorneys for the government and the other two defendants and all parties are available on the following dates:

June 18-19, 22, 24, 29-30

All parties agree that the *Curcio* hearing and the next compliance conference could be scheduled for the same day, if the Court agrees. All defendants agree to exclude the time until the next conference under the Speedy Trial Act.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

Jolene F. LaVigne-Albert

---

[1] Specifically, Jolene LaVigne-Albert, who has been Ms. Powers's lead counsel in this matter, is expecting a child on April 21, 2026 and will be out for some weeks in the early spring and summer as a result (including certainly on April 29, 2026). Donna Rotunno has recently appeared for Ms. Powers, including *inter alia* to provide coverage during Ms. LaVigne-Albert's parental leave, but Ms. Rotunno is unavailable on April 29, 2026 because she has another trial in Chicago that week.